```
                                    FILED
                                 AUG 2 8 2008
                           CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2887-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1326(a) - |
| ) | Deported Alien Found in the |
| CRISTOBAL ANTONIO CASTELO-SERVIN, ) | United States (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendant CRISTOBAL ANTONIO CASTELO-SERVIN, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 8/28/08

KAREN P. HEWITT
United States Attorney

*Jimee M. Becker for*

GREGORY F. NOONAN
Assistant U.S. Attorney

GFN:psd:San Diego
8/21/08