AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| | 08CR2887 WQH |
| CRISTOBAL ANTONIO CASTELO-SERVIN | CASE NUMBER: 09-MJ-2390-RBB |

I, Cristobal Antonio Castelo-Servin, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) ~~and (b)~~-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8-28-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

AUG 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                        DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer